**John Paul TURNER, Appellant**

v.

**DRUG ENFORCEMENT ADMINISTRATION, et al., Appellees**

No. 02–5090.

United States Court of Appeals, District of Columbia Circuit.

July 30, 2002.

Rehearing En Banc Denied Sept. 13, 2002.

Before GINSBURG, Chief Judge, and SENTELLE and TATEL, Circuit Judges.

JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by the appellant. It is

ORDERED AND ADJUDGED that the district court's orders filed February 6, 2002, and March 4, 2002, be affirmed. The district court properly dismissed the complaint without prejudice for lack of jurisdiction, and did not abuse its discretion in denying reconsideration of that order.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.